# Exhibit 1

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,232,002

## United States Patent and Trademark Office

Registered Mar. 16, 1999

### TRADEMARK
### PRINCIPAL REGISTER

## STUSSY

STUSSY, INC. (CALIFORNIA CORPORATION)
17426 DAIMLER ST.
IRVINE, CA 92614

FOR: SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11–12–1985; IN COMMERCE 11–12–1985.

OWNER OF U.S. REG. NO. 1,449,390.

SER. NO. 75–412,106, FILED 12–30–1997.

STACEY JOHNSON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,359,114

Registered Dec. 25, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# STUSSY

STUSSY, INC. (CALIFORNIA CORPORATION)
17426 DAIMLER STREET
IRVINE, CA 92614

FOR: CLOTHING, NAMELY, BATHING SUITS, BEACH COVER UPS, BELTS, COATS, DRESSES, JACKETS, JERSEYS, PAJAMAS, PANTS, RAIN-WEAR, SCARVES, SHIRTS, SHORTS, SKIRTS, SOCKS, SWEAT PANTS, SWEAT SHIRTS, SWEA-TERS, SWEATBANDS, SWIM SUITS, T-SHIRTS, TANK TOPS, VESTS, UNDERWEAR, WIND-RESIS-TANT JACKETS, WRISTBANDS; FOOTWEAR, HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-1-1980; IN COMMERCE 8-11-1981.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,395,006, 2,176,426 AND OTHERS.

SEC. 2(F).

SER. NO. 77-153,592, FILED 4-11-2007.

KEVIN DINALLO, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,370,710

## United States Patent and Trademark Office

Registered July 25, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## STUSSY

STUSSY, INC. (CALIFORNIA CORPORATION)
17426 DAIMLER STREET
IRVINE, CA 92614

FOR: PRINTED MATTER AND WRITING UTEN-SILS, NAMELY, CATALOGS FEATURING CLOTH-ING AND HEADWEAR, GREETING CARDS, POST-ERS, STICKERS, PAPER AND CARDBOARD BAN-NERS, MOUNTED AND UNMOUNTED PHOTO-GRAPHS, CARDBOARD SHIPPING BOXES, SIGNS MADE OF PAPER AND CARDBOARD; STA-TIONERY, PENS, CARDBOARD AND PAPER FLOOR DISPLAY UNITS FOR MERCHANDISING PROD-UCTS, GENERAL PURPOSE PLASTIC BAGS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12–31–1982; IN COMMERCE 12–31–1982.

OWNER OF U.S. REG. NOS. 1,395,006, 2,287,567 AND OTHERS.

SEC. 2(F).

SER. NO. 75–703,620, FILED 5–12–1999.

BRETT TOLPIN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,112,126

Registered July 4, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# STUSSY

STUSSY, INC. (CALIFORNIA CORPORATION)
17426 DAIMLER STREET
IRVINE, CA 92614

FOR: SUNGLASSES, EYEGLASSES, EYEGLASS FRAMES, PROTECTIVE CASES FOR EYEGLASSES; PRERECORDED VIDEO DISKS FEATURING FASHION, MUSIC, ATHLETIC PERFORMANCES AND TRAVEL; ELECTRIC SIGNS , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-12-1985; IN COMMERCE 11-12-1985.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,395,006, 2,232,002 AND OTHERS.

SEC. 2(F).

SER. NO. 78-729,374, FILED 10-7-2005.

CAROLYN GRAY, EXAMINING ATTORNEY

**Int. Cl.: 18**

**Prior U.S. Cls.: 1, 2, 3, 22 and 41**

**Reg. No. 2,176,426**

## United States Patent and Trademark Office

Registered July 28, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## STUSSY

STUSSY, INC. (CALIFORNIA CORPORATION)
1852 LANGLEY AVENUE
IRVINE, CA 92714

FOR: LUGGAGE, ALL PURPOSE SPORT BAGS, CARRY-ON BAGS, TOTE BAGS, TRAVEL BAGS, BEACH BAGS, BACKPACKS, WAIST PACKS, BOOK BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9–1–1989; IN COMMERCE 9–1–1989.
OWNER OF U.S. REG. NOS. 1,395,006, 2,054,502, AND 2,060,941.
SEC. 2(F).

SER. NO. 75–260,456, FILED 3–19–1997.

JUDITH GRUNDY, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# STUSSY

**Reg. No. 4,494,955**

**Registered Mar. 11, 2014**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

STUSSY, INC. (CALIFORNIA CORPORATION)
17426 DAIMLER STREET
IRVINE, CA 92614

FOR: BACKPACKS ESPECIALLY ADAPTED FOR HOLDING LAPTOPS AND NOTEBOOK COMPUTERS; CAMERA CASES; CARRYING CASES FOR CELL PHONES; CARRYING CASES FOR MOBILE COMPUTERS; CASES FOR EYEGLASSES AND SUNGLASSES; CASES FOR MOBILE PHONES; COMPACT DISCS FEATURING ATHLETIC PERFORMANCES, FASHION, LIFESTYLE, MUSIC PERFORMANCES, TRAVEL; COMPUTER BAGS; COMPUTER CARRYING CASES; DIGITAL MUSIC DOWNLOADABLE FROM THE INTERNET; DOWNLOADABLE MUSIC FILES; DOWNLOADABLE MUSICAL SOUND RECORDINGS; DOWNLOADABLE PHOTOGRAPHS IN THE FIELD OF FASHION, LIFESTYLE, TRAVEL; DOWNLOADABLE VIDEO RECORDINGS FEATURING FASHION, LIFESTYLE, MUSICAL PERFORMANCES; EYEGLASS CASES; EYEGLASS CORDS; EYEGLASS FRAMES; EYEGLASS RETAINING CORDS; EYEGLASSES; EYEWEAR CASES; MESSENGER BAGS ESPECIALLY ADAPTED FOR HOLDING LAPTOPS; PROTECTIVE CARRYING CASES SPECIALLY ADAPTED FOR PERSONAL DIGITAL ASSISTANTS (PDA); PROTECTIVE CASES FOR SMARTPHONES; PROTECTIVE COVERS AND CASES FOR CELL PHONES, LAPTOPS AND PORTABLE MEDIA PLAYERS; PROTECTIVE COVERS FOR SMARTPHONES; SIGNALLING WHISTLES; SPECTACLES; SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-12-1985; IN COMMERCE 11-12-1985.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,449,390, 2,408,329 AND OTHERS.

SEC. 2(F).

SER. NO. 86-040,486, FILED 8-16-2013.

WANDA KAY PRICE, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States Patent and Trademark Office**

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,504,298

**United States Patent and Trademark Office**     Registered Nov. 6, 2001

TRADEMARK
PRINCIPAL REGISTER

# STÜSSY

STUSSY, INC. (CALIFORNIA CORPORATION)
17426 DAIMLER STREET
IRVINE, CA 92614

FOR: CLOTHING, NAMELY, BATHING SUITS, BEACH COVER UPS, BELTS, COATS, DRESSES, HEAD BANDS, JACKETS, JERSEYS, PAJAMAS, PANTS, RAINWEAR, SHIRTS, SHORTS, SKIRTS, SWEAT PANTS, SWEAT SHIRTS, SWEATERS, SWIM SUITS, T-SHIRTS, TANK TOPS, TIGHTS, VESTS, WIND-RESISTANT JACKETS; FOOTWEAR, HEAD-WEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1981; IN COMMERCE 0-0-1981.

OWNER OF U.S. REG. NOS. 1,395,006, 2,194,543 AND OTHERS.

SEC. 2(F).

SER. NO. 76-181,555, FILED 12-15-2000.

BRETT TOLPIN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,357,805**

## United States Patent and Trademark Office

Registered June 13, 2000

**TRADEMARK**
**PRINCIPAL REGISTER**

STUSSY, INC. (CALIFORNIA CORPORATION)
17426 DAIMLER STREET
IRVINE, CA 92614

    FOR: CLOTHING, NAMELY, BATHING SUITS, BEACH COVER UPS, BELTS, COATS, DRESSES, HEAD BANDS, JACKETS, JERSEYS, PAJAMAS, PANTS, RAINWEAR, SHIRTS, SHORTS, SKIRTS, SWEAT PANTS, SWEAT SHIRTS, SWEATERS, SWIM SUITS, T-SHIRTS, TANK TOPS, TIGHTS, VESTS,

WIND-RESISTANT JACKETS; HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

    FIRST USE 0–0–1981; IN COMMERCE 0–0–1981.

    OWNER OF U.S. REG. NOS. 1,395,006, 2,176,426 AND OTHERS.

    SER. NO. 75–813,374, FILED 10–2–1999.

BARBARA A. GOLD, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,060,941**

## United States Patent and Trademark Office

**Registered May 13, 1997**

### TRADEMARK
### PRINCIPAL REGISTER



STUSSY, INC. (CALIFORNIA CORPORATION)
1852 LANGLEY AVENUE
IRVINE, CA 92714

FOR: CLOTHING, NAMELY T-SHIRTS, SWEATSHIRTS, JERSEYS, SHORTS, SWEAT-PANTS, JACKETS, HATS, CAPS, SWIMSUITS, SKIRTS, DRESSES, SHIRTS, TANK TOPS, PANTS, COATS AND BELTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-0-1992; IN COMMERCE 7-0-1992.
OWNER OF U.S. REG. NOS. 1,395,006 AND 1,449,390.
THE MARK CONSISTS OF THE TERM "STUSSY" IN STYLIZED LETTERING.
SEC. 2(F).

SER. NO. 75-077,688, FILED 3-25-1996.

JEAN MARC BRUN, EXAMINING ATTORNEY

**Int. Cl.: 18**

**Prior U.S. Cls.: 1, 2, 3, 22 and 41**

## United States Patent and Trademark Office

**Reg. No. 2,393,339**

**Registered Oct. 10, 2000**

### TRADEMARK
### PRINCIPAL REGISTER



STUSSY, INC. (CALIFORNIA CORPORATION)
17426 DAIMLER STREET
IRVINE, CA 92614

FOR: ARTICLES MADE FROM LEATHER AND IMITATIONS OF LEATHER, NAMELY, ATTACHES, BACKPACKS, BEACH BAGS, BOOK BAGS, BRIEF-CASES, CARRY-ON BAGS,COIN PURSES, COS-METIC BAGS SOLD EMPTY, DAYPACKS, DUFFEL BAGS, FANNY PACKS, GARMENT BAGS FOR TRAVEL, GYM BAGS, HANDBAGS, LEATHER KEY CASES, LUGGAGE, PASSPORT CASES, PURSES, SHOPPING BAGS, ALL PURPOSE SPORTS BAGS, SUITCASES, TRAVEL BAGS, WAIST PACKS, WAL-LETS, UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 7–1–1992; IN COMMERCE 7–1–1992.

OWNER OF U.S. REG. NOS. 1,395,006, 2,176,426 AND OTHERS.

THE MARK CONSISTS OF THE WORD "STUSSY".

SEC. 2(F).

SER. NO. 75–786,696, FILED 8–27–1999.

BRETT TOLPIN, EXAMINING ATTORNEY

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,395,545**

Registered Oct. 17, 2000

## TRADEMARK
### PRINCIPAL REGISTER



STUSSY, INC. (CALIFORNIA CORPORATION)
17426 DAIMLER STREET
IRVINE, CA 92614

FOR: PRINTED MATTER AND WRITING UTENSILS, NAMELY, CATALOGS FEATURING CLOTHING AND HEADWEAR, GREETING CARDS, POSTERS, STICKERS, PAPER AND CARDBOARD BANNERS; PHOTOGRAPHS, MOUNTED AND UNMOUNTED PHOTOGRAPHS, CARDBOARD SHIPPING BOXES, SIGNS MADE OF PAPER AND CARDBOARD, STATIONARY, PENS, CARDBOARD AND PAPER FLOOR DISPLAY UNITS FOR MERCHAN-DISING PRODUCTS, GENERAL PURPOSE PLASTIC BAGS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7–1–1992; IN COMMERCE 7–1–1992.

OWNER OF U.S. REG. NOS. 1,395,006, 2,060,941 AND OTHERS.

THE MARK CONSISTS OF THE WORD "STUSSY".

SEC. 2(F).

SER. NO. 75–786,697, FILED 8–27–1999.

BRETT TOLPIN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,408,329

Registered Nov. 28, 2000

## TRADEMARK
### PRINCIPAL REGISTER



STUSSY, INC. (CALIFORNIA CORPORATION)
17426 DAIMLER STREET
IRVINE, CA 92614

FOR: SUNGLASSES, EYEGLASSES, EYEGLASS FRAMES, PROTECTIVE CASES FOR EYEGLASSES; PRERECORDED VIDEOTAPES FEATURING FASHION, MUSIC AND TRAVEL; COMPACT DISKS FEATURING MUSIC; LUMINOUS SIGNS , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7–1–1992; IN COMMERCE 7–1–1992. OWNER OF U.S. REG. NOS. 1,395,006, 2,232,002 AND OTHERS.
THE MARK CONSISTS OF THE WORD "STUSSY".
SEC. 2(F).

SER. NO. 75–786,958, FILED 8–27–1999.

BRETT TOLPIN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,334,366

Registered Nov. 13, 2007

## TRADEMARK
### PRINCIPAL REGISTER



STUSSY, INC. (CALIFORNIA CORPORATION)
17426 DAIMLER STREET
IRVINE, CA 92614

FOR: CLOTHING, NAMELY, BATHING SUITS, BEACH COVER UPS, BELTS, COATS, DRESSES, JACKETS, JERSEYS, PAJAMAS, PANTS, RAIN-WEAR, SCARVES, SHIRTS, SHORTS, SKIRTS, SOCKS, SWEAT PANTS, SWEAT SHIRTS, SWEA-TERS, SWEATBANDS, SWIM SUITS, T-SHIRTS, TANK TOPS, VESTS, UNDERWEAR, WIND-RESIS-TANT JACKETS, WRISTBANDS; FOOTWEAR, HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-1-1992; IN COMMERCE 7-1-1992.

OWNER OF U.S. REG. NOS. 2,060,941, 2,393,340 AND OTHERS.

THE MARK CONSISTS OF THE WORD "STUS-SY".

SEC. 2(F) AS TO "STUSSY".

SER. NO. 77-162,330, FILED 4-20-2007.

KEVIN DINALLO, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent and Trademark Office

Reg. No. 1,449,390
Registered July 28, 1987

## TRADEMARK
### PRINCIPAL REGISTER



STUSSY, INC. (CALIFORNIA CORPORATION)
3251 LAGUNA CANYON ROAD
LAGUNA BEACH, CA 92651

    FOR: SUNGLASSES, IN CLASS 9 (U.S. CL. 26).
    FIRST USE 11–12–1985; IN COMMERCE 11–12–1985.

OWNER OF U.S. REG. NO. 1,395,006.

SEC. 2(F).

SER. NO. 603,644, FILED 6–11–1986.

G. T. GLYNN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,357,804**

## United States Patent and Trademark Office

Registered June 13, 2000

### TRADEMARK
#### PRINCIPAL REGISTER



STUSSY, INC. (CALIFORNIA CORPORATION)
17426 DAIMLER STREET
IRVINE, CA 92614

 FOR: CLOTHING, NAMELY, BATHING SUITS, BEACH COVER UPS, BELTS, COATS, DRESSES, HEAD BANDS, JACKETS, JERSEYS, PAJAMAS, PANTS, RAINWEAR, SHIRTS, SHORTS, SKIRTS, SWEAT PANTS, SWEAT SHIRTS, SWEATERS, SWIM SUITS, T-SHIRTS, TANK TOPS, TIGHTS, VESTS,

WIND-RESISTANT JACKETS; HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

 FIRST USE 0–0–1985; IN COMMERCE 0–0–1985.

 OWNER OF U.S. REG. NOS. 1,395,006, 2,176,426 AND OTHERS.

 SER. NO. 75–813,373, FILED 10–2–1999.

BARBARA A. GOLD, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,564,335**

**Registered Sep. 18, 2018**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Stussy, Inc. (CALIFORNIA CORPORATION)
17426 Daimler Street
Irvine, CALIFORNIA 92614

CLASS 9: Cell phone cases; carrying cases for cell phones; carrying cases for mobile computers; cases for eyeglasses and sunglasses; cases for mobile phones; backpacks especially adapted for holding laptops and notebook computers; computer bags; sunglasses; cases for sunglasses and eyeglasses; digital music downloadable from the internet; downloadable music files; downloadable musical sound recordings; downloadable photographs in the field of fashion, lifestyle, travel; downloadable video recordings featuring fashion, lifestyle, musical performances

FIRST USE 11-12-1985; IN COMMERCE 11-12-1985

The mark consists of the wording "STÜSSY" in stylized font.

SEC.2(F)

SER. NO. 87-737,250, FILED 12-28-2017

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,564,336**

**Registered Sep. 18, 2018**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Stussy, Inc. (CALIFORNIA CORPORATION)
17426 Daimler Street
Irvine, CALIFORNIA 92614

CLASS 18: All purpose sport bags; All-purpose athletic bags; All-purpose carrying bags; Backpacks; Beach bags; Carryalls; Duffel bags; Fanny packs; Handbags; Luggage; Shoulder bags; Sports bags; Sports packs; Tote bags; Waist bags; Waist packs

FIRST USE 1-1-1986; IN COMMERCE 1-1-1986

The mark consists of the wording "STÜSSY" in stylized font.

SEC.2(F)

SER. NO. 87-737,259, FILED 12-28-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,564,337**

**Registered Sep. 18, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Stussy, Inc.  (CALIFORNIA CORPORATION)
17426 Daimler Street
Irvine, CALIFORNIA 92614

CLASS 25: Clothing, namely, Belts; coats; footwear, namely, shoes; headgear, namely, hats, caps, beanies, scarves; hosiery; jackets; jerseys; pants; rainwear; scarves; shirts; shorts; socks; sweat pants; sweat suits; sweatshirts; swim suits; T-shirts; tank tops; wind resistant jackets

FIRST USE 1-1-1985; IN COMMERCE 1-1-1985

The mark consists of the wording "STÜSSY" in stylized font.

SEC.2(F)

SER. NO. 87-737,261, FILED 12-28-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,225,736

Registered Feb. 23, 1999

## TRADEMARK
### PRINCIPAL REGISTER



STUSSY, INC. (CALIFORNIA CORPORATION)
17426 DAIMLER ST.
IRVINE, CA 92614

FOR: CLOTHING, NAMELY, COATS, DRESSES, JACKETS, JERSEYS, PANTS, SHIRTS, SHORTS, SKIRTS, SWEATSHIRTS, SWEATPANTS, SWIMSUITS, T-SHIRTS, TANK TOPS, CAPS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1–0–1992; IN COMMERCE 1–0–1992.

SER. NO. 75–414,165, FILED 1–6–1998.

M. E. BODSON, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 2,343,524

Registered Apr. 18, 2000

## TRADEMARK
## PRINCIPAL REGISTER



STUSSY, INC. (CALIFORNIA CORPORATION)
17426 DAIMLER STREET
IRVINE, CA 92614

FOR: ARTICLES MADE FROM LEATHER AND IMITATIONS OF LEATHER, NAMELY, ATTACHES, BACKPACKS, BEACH BAGS, BOOK BAGS, BRIEFCASES, CARRY-ON BAGS, COIN PURSES, COSMETIC BAGS SOLD EMPTY, DAYPACKS, DUFFEL BAGS, FANNY PACKS, GARMENT BAGS FOR TRAVEL, GYM BAGS, HANDBAGS, LEATHER KEY CASES, LUGGAGE, PURSES, SHOPPING BAGS, ALL PURPOSE SPORTS BAGS, SUITCASES, TRAVEL BAGS, WAIST PACKS, WALLETS, UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9–1–1992; IN COMMERCE 9–1–1992.

OWNER OF U.S. REG. NO. 2,225,736.

SER. NO. 75–729,086, FILED 6–16–1999.

JANEL PERNELL, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**Reg. No. 2,399,916**

**United States Patent and Trademark Office**  **Registered Oct. 31, 2000**

## TRADEMARK
### PRINCIPAL REGISTER



STUSSY, INC. (CALIFORNIA CORPORATION)
17426 DAIMLER ST.
IRVINE, CA 92614

   FOR: SUNGLASSES AND COMPACT DISKS FEA-
TURING MUSIC, IN CLASS 9 (U.S. CLS. 21, 23, 26,
36 AND 38).

FIRST USE 9–0–1994; IN COMMERCE 9–0–1994.
OWNER OF U.S. REG. NO. 2,225,736.

SER. NO. 75–821,987, FILED 10–12–1999.

JENNIFER CHICOSKI, EXAMINING ATTORNEY

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. 3,426,173

Registered May 13, 2008

## TRADEMARK
### PRINCIPAL REGISTER



STUSSY, INC. (CALIFORNIA CORPORATION)
17426 DAIMLER STREET
IRVINE, CA 92614

FOR: BOOKS IN THE FIELD OF ART, FASHION, MUSIC, AND PHOTOGRAPHY; DECALS; GREETING CARDS; POSTERS; STICKERS; PRINTED SIGNS MADE OF PAPER AND CARDBOARD, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-30-1988; IN COMMERCE 9-30-1988.

OWNER OF U.S. REG. NOS. 2,225,736, 2,399,916, AND 2,450,863.

SER. NO. 77-265,654, FILED 8-28-2007.

MARK T. MULLEN, EXAMINING ATTORNEY

Int. Cls.: 9, 18 and 25

Prior U.S. Cls.: 1, 2, 3, 21, 22, 23, 26, 36, 38, 39 and 41

Reg. No. 3,618,692

United States Patent and Trademark Office

Registered May 12, 2009

## TRADEMARK
### PRINCIPAL REGISTER



STUSSY, INC. (CALIFORNIA CORPORATION)
17426 DAIMLER STREET
IRVINE, CA 92614

FOR: CELL PHONE CASES; COMPACT DISK STORAGE WALLETS; COMPUTER BAGS; COMPUTER CARRYING CASES; DIRECTIONAL COMPASSES; MAGNETS; PERSONAL DATA ASSISTANT CASES; PORTABLE MUSIC PLAYER CASES; SUNGLASSES; CASES FOR SUNGLASSES AND EYEGLASSES; PRERECORDED VIDEO DISCS FEATURING FASHION, MUSIC, ATHLETIC PERFORMANCES AND TRAVEL; CELL PHONE POUCHES; PERSONAL DATA ASSISTANT (PDAS) POUCHES; PERSONAL MUSIC PLAYER POUCHES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-28-2008; IN COMMERCE 2-28-2008.

FOR: ALL PURPOSE SHOPPING BAGS MADE OF TEXTILE; ATTACHÉ CASES; BACKPACKS; BEACH BAGS; BOOK BAGS; BRIEFCASES; BRIEFCASE TYPE PORTFOLIOS; BUSINESS CARD CASES; BUSINESS CASES; CARRYING CASES; CREDIT CARD CASES; CLUTCH BAGS; DRAW STRING POUCHES; DUFFEL BAGS; FANNY PACKS; GARMENT BAGS FOR TRAVEL; HAND BAGS; LEATHER AND IMITATION LEATHER BAGS; LEATHER KEY CASES; LEATHER KEY CHAINS;

LEATHER KEY HOLDERS; LUGGAGE; MESSENGER BAGS; PURSES; RUCKSACKS; SHOULDER BAGS; SPORTS BAGS; SUIT CASES; TOTE BAGS; TRAVELING BAGS; VANITY CASES SOLD EMPTY; WAIST PACKS; WALLETS; UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 2-28-2006; IN COMMERCE 2-28-2006.

FOR: CLOTHING, NAMELY, BATHING SUITS; BEACH COVER UPS; BELTS; BOARD SHORTS; COATS; DRESSES; JACKETS; JERSEYS; PAJAMAS; PANTS; POLO SHIRTS; RAINWEAR; SCARVES; SHIRTS; SHORTS; SKIRTS; SOCKS; SUITS; SWEAT PANTS; SWEAT SHIRTS; SWEATERS; SWEATBANDS; SWIM SUITS; T-SHIRTS; TANK TOPS; VESTS; UNDERWEAR; WIND-RESISTANT JACKETS; WRISTBANDS; FOOTWEAR; HEADGEAR, NAMELY, BERETS, CAPS, HATS, SCARVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1998; IN COMMERCE 12-31-1998.

OWNER OF U.S. REG. NOS. 2,225,736, 2,343,524, AND 2,399,916.

SER. NO. 77-539,979, FILED 8-6-2008.

MARK RADEMACHER, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,752,265**

Registered Feb. 23, 2010

**Int. Cl.: 25**

**TRADEMARK**
**PRINCIPAL REGISTER**

STUSSY, INC. (CALIFORNIA CORPORATION)
17426 DAIMLER STREET
IRVINE, CA 92614

FOR: CAPS; HATS; SHIRTS; SHORT-SLEEVED SHIRTS; SWEAT SHIRTS; T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1992; IN COMMERCE 12-31-1992.

OWNER OF U.S. REG. NOS. 1,395,006, 2,176,426 AND OTHERS.

THE MARK CONSISTS OF "STUSSY" WITH AN UMLAUT AND A BLACK "8" BILLIARD BALL.

SER. NO. 77-788,526, FILED 7-23-2009.

DAVID C. REIHNER, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,256,784**

**Registered Aug. 01, 2017**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Stussy, Inc. (CALIFORNIA CORPORATION)
17426 Daimler Street
Irvine, CA 92614

CLASS 18: All purpose sport bags; All-purpose athletic bags; All-purpose carrying bags; Backpacks; Beach bags; Carryalls; Duffel bags; Fanny packs; Handbags; Luggage; Shoulder bags; Sports bags; Sports packs; Tote bags; Waist bags; Waist packs

FIRST USE 12-8-2016; IN COMMERCE 12-8-2016

The mark consists of "STUSSY" with an umlaut and a black "8" billiard ball.

SER. NO. 86-646,337, FILED 05-29-2015
TARAH KI HARDY LUDLOW, EXAMINING ATTORNEY



Joseph Matol

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,291,490**

**Registered Sep. 19, 2017**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Stussy, Inc. (CALIFORNIA CORPORATION)
17426 Daimler Street
Irvine, CA 92614

CLASS 25: Belts; coats; footwear, namely, shoes; headgear, namely, beanies, scarves; hosiery; jackets; jerseys; pants; rainwear; scarves; shirts; shorts; socks; sweat pants; sweat suits; sweatshirts; swim suits; T-shirts; tank tops; wind resistant jackets

FIRST USE 12-31-1992; IN COMMERCE 12-31-1992

The mark consists of a stylized billiard "8" ball.

SER. NO. 86-644,047, FILED 05-28-2015
TARAH KI HARDY LUDLOW, EXAMINING ATTORNEY

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,885,821**

**Registered Oct. 25, 2022**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Stussy, Inc.  (CALIFORNIA CORPORATION)
17426 Daimler Street
Irvine, CALIFORNIA 92614

CLASS 18: Backpacks; handbags; fanny packs; waist bags; waist packs

FIRST USE 8-13-2022; IN COMMERCE 8-13-2022

The mark consists of a stylized billiard "8" ball.

OWNER OF U.S. REG. NO. 5256784, 5291490

SER. NO. 90-636,970, FILED 04-10-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,115,443**

**Registered Jul. 18, 2023**

**Int. Cl.: 27**

**Trademark**

**Principal Register**

Stussy, Inc.  (CALIFORNIA CORPORATION)
17426 Daimler Street
Irvine, CALIFORNIA 92614

CLASS 27: Rugs; Door mats; Door mats of textile

FIRST USE 7-21-2021; IN COMMERCE 7-21-2021

The mark consists of a black billiard ball displaying the number 8.

OWNER OF U.S. REG. NO. 5291490, 6885821, 5291492

SER. NO. 97-754,139, FILED 01-13-2023

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.